IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FREDDIE WILLIS, | 8:21CV40 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| THE CITY OF OMAHA NEBASKA, OPD, | |
| Defendant. | |

    IT IS ORDERED that Plaintiff's second motion to amend (Filing 20) is denied without prejudice. On May 4, 2021, in ruling on Plaintiff's first motion to amend (Filing 18), the court granted Plaintiff leave to file a Second Amended Complaint within 30 days from that date (i.e., until June 3, 2021). Any proposed amendment must be included within that pleading to be considered by the court. See Filing 19.

    Dated this 7th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge