IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>              Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA NEBRASKA, OPD,<br><br>              Defendant. | **8:21CV40**<br><br>**MEMORANDUM AND ORDER** |

       This matter is before the court on its own motion. On September 10, 2021, the clerk of the court sent an order to Plaintiff at his last known address, and it was returned to this court as undeliverable. (See Filing 31.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

       IT IS THEREFORE ORDERED that:

       1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

       2.    The clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 25, 2021: check for address.

       Dated this 24th day of September 2021.

                                                                 BY THE COURT:

                                                                  *Richard G. Kopf*

                                                                  Richard G. Kopf
                                                                  Senior United States District Judge