IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY OF OMAHA NEBRASKA, OPD,<br><br>　　　　　　Defendant. | **8:21CV40**<br><br>**MEMORANDUM AND ORDER** |

　　　Plaintiff filed his Complaint in this matter on February 3, 2021, while he was incarcerated. The court granted him leave to proceed in forma pauperis on February 23, 2021, also while he was incarcerated. On September 27, 2021, Plaintiff filed a notice of change of address, indicating that he is no longer incarcerated.

　　　Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $402.00 filing and administrative fees.

　　　IT IS THEREFORE ORDERED that:

　　　1.　　Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $402.00 filing and administrative fees within 30 days. Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

　　　2.　　The clerk of the court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. The clerk of the court is directed to set a pro se case management deadline with the following text: October 28, 2021: deadline for Plaintiff to file new IFP application or pay filing fee, update address.

Dated this 28th day of September 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge