IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>          Plaintiff,<br><br>vs.<br><br>THE CITY OF OMAHA NEBRASKA, OPD,<br><br>          Defendant. | 8:21CV40<br><br>**MEMORANDUM AND ORDER** |

On September 28, 2021, the court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days, or else face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 29th day of October 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge