IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FREDDIE WILLIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE CITY OF OMAHA NEBRASKA, OPD,<br><br>    Defendant. | 8:21CV40<br><br>**MEMORANDUM<br>AND ORDER** |

  On February 25, 2022, the Clerk of the Court received correspondence from Plaintiff which has been docketed as a motion for clarification (Filing 40). Plaintiff asks why his case was dismissed on October 29, 2021, and also asks about refiling. The case was dismissed because Plaintiff failed to comply with the court's Memorandum and Order of September 28, 2021, which directed Plaintiff to either file a new application for leave to proceed in forma pauperis (IFP) or else pay the court's $402.00 filing and administrative fees if he wished to pursue the case as a non-prisoner. (Plaintiff provided the court with a change of address on September 27, 2021, indicating he was no longer incarcerated.) Because the dismissal was without prejudice, Plaintiff may file a new complaint with a new IFP application or fee payment.

  IT IS ORDERED that Plaintiff's motion for clarification (Filing 40) is granted to the extent stated above, but is otherwise denied.

  Dated this 1st day of March, 2022.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge